IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HERBERT J. NAMOHALA, | ) | CIVIL NO. 11-00786 JMS-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| SATORU STEWART MAEDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 12, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS SATORU STEWART MAEDA AND MITSUYO MAEDA'S MOTION FOR

///

///

///

///

///

ATTORNEYS' FEES AND COSTS," Doc. No. 168, are adopted as the opinion and order of this Court.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, April 1, 2014.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge